IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TELARRIAN BURNEY**                                                       **PLAINTIFF**

v.                 NO. 4:15-CV-00632-BSM

**UNIVERSITY OF ARKANSAS FOR**
**MEDICAL SCIENCES by and through**
**THE BOARD OF TRUSTEES OF THE**
**UNIVERSITY OF ARKANSAS, ET AL.**            **DEFENDANTS**

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AND INCORPORATED BRIEF

COMES NOW Plaintiff, by and through counsel, Wallace, Martin, Duke & Russell, PLLC, and for Plaintiff's Motion to Dismiss with Prejudice and Incorporated Brief states:

1. Plaintiff and Defendants have resolved all outstanding issues present in this Cause of Action.

2. As such, Plaintiff now seeks to dismiss this present Cause of Action against all Defendants with prejudice.

WHEREFORE, Plaintiff prays that this Court grant Plaintiff's Motion to Dismiss with Prejudice, and for all other proper relief.

    Respectfully submitted,

    WALLACE, MARTIN, DUKE & RUSSELL, PLLC
    Attorneys at Law
    1st Floor, Centre Place
    212 Center Street
    Little Rock, Arkansas 72201
    Attorney for Plaintiff

By:    */s/ James Monroe Scurlock*
    James Monroe Scurlock, AR Bar No. 2012028
    jms@WallaceLawFirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 18th day of October 2016, via electronic mail upon counsel for the Defendants.

Sherri L. Robinson
ASSOCIATE GENERAL COUNSEL UAMS
4301 West Markham, Slot 860
Little Rock, Arkansas 72205
E-mail: srobinson3@uams.edu
(501) 686-7964
(501) 686-7736 FAX
Attorney for Defendants

    */s/ James Monroe Scurlock*
    James Monroe Scurlock, Ark. Bar No. 2012028
    jms@WallaceLawFirm.com